# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09cr241 |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNIFER H. JACKSON | ) | |
| _____ | ) | |

## WITHDRAWAL OF MOTION FOR
## INQUIRY AS TO STATUS OF COUNSEL

COMES NOW the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and respectfully requests to withdraw its previously filed motion for inquiry into status of counsel because the reasons for such inquiry no longer exist.

RESPECTFULLY SUBMITTED, this the 5th day of November, 2010.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

**s/ Kurt W. Meyers**
DC Bar Number: 490500
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email: kurt.meyers@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of November, 2010, the foregoing pleading was served on defendant, through counsel, by causing the same to be sent by the Court's ECF filing system, to:

>Peter Anderson, Esq.
>pa@houseofdefense.com

>**s/ Kurt W. Meyers**
>DC Bar Number: 490500
>Assistant United States Attorney
>United States Attorney's Office
>227 West Trade Street, Suite 1650
>Charlotte, North Carolina 28202
>Telephone: (704) 344-6222
>Fax: (704) 344-6629
>Email: kurt.meyers@usdoj.gov