UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cr-241

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JENNIFER H. JACKSON, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

Jennifer H. Jackson, Defendant, moves to continue the sentencing hearing in the above-referenced case to the next criminal term. In support of this motion, Defendant shows the following:

1. The government does not oppose this motion.

2. On December 28, 2009, Defendant and the government entered a plea agreement in this matter. The plea agreement requires the defendant to cooperate with the United States.

3. Defendant remains out on bond, and is currently on supervised release and has complied with all of its terms.

4. On November 17, 2010, Defendant received notification from that Court that his sentencing hearing has been scheduled for December 3, 2010 at 9:45 a.m.

5. The United States has indicated that the investigation is ongoing and it wishes more time to meet with Ms. Jackson.

6. This is Defendant's first request for a continuance of his sentencing hearing.

1

WHEREFORE, Defendant respectfully requests that her sentencing hearing be continued until the next criminal term.

Respectfully submitted, this the 18th day of November, 2010.

s/Peter C. Anderson
Peter C. Anderson
NC Bar # 18661
William R. Terpening
NC Bar # 36418

ANDERSON TERPENING PLLC
409 East Blvd.
Charlotte, NC  28203
704.372.7370
704.372.7411 (fax)
pa@houseofdefense.com
wt@houseofdefense.com

*Attorneys for Jennifer H. Jackson*

CERTIFICATE OF SERVICE

This certifies that I served the foregoing on all counsel of record by filing it through ECF.

This 18th day of November, 2010.

s/ Peter C. Anderson  
Peter C. Anderson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cr-241

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | O R D E R |
| v. ) | |
| ) | |
| JENNIFER H. JACKSON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** having come before the Court on Jennifer H. Jackson's Motion to Continue Sentencing currently scheduled for December 3, 2010; the motion indicating that the government does not oppose a continuance; the Court having reviewed the motion and the grounds expressed therein; and the Court having determined that there is just cause for the relief requested;

**NOW, THEREFORE, IT IS ORDERED** that Defendant Jennifer H. Jackson's Motion to Continue Sentencing be, and hereby is, **GRANTED.** The Clerk is directed to schedule Defendant's sentencing hearing during the next criminal term.

This the ___ day of November 2010.

4

Case 3:09-cr-00241-FDW   Document 14   Filed 11/18/10   Page 4 of 4